RECEIVED
FEB 02 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

Jesse W. Jack, Esq. (Bar #034669)
Law Offices of Jesse W. Jack
A Sole Proprietorship
1550 The Alameda, Suite 300
San Jose, California 95126
Telephone: 408.279.5040
Facsimile: 408.279.5044

Attorney for Defendants,
**ELENA GALINDO ALVARES, IRMA GARCIA dba EL GRULLO MEXICAN RESTAURANT; SHIEW T. YANG and LI Y. YANG**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, <br><br> Plaintiff, <br><br> vs. <br><br> ELENA GALINDO ALVARES, IRMA GARCIA dba EL GRULLO MEXICAN RESTAURANT; SHIEW T. YANG and LI Y. YANG, <br><br> Defendants. | Case No.: CV10-04894 PSG <br><br> **STIPULATION AND ORDER** |

   WHEREAS, the Plaintiff filed a Complaint for violation of the American with Disabilities Act against Defendants on or about October 28, 2010; and

   WHEREAS, the Defendants were served with the Plaintiff's Complaint as follows:

| | |
|---|---|
| Defendant, Elena Galindo Alvares dba El Grullo Mexican Restaurant | Served on November 17, 2010 |
| Defendant, Irma Garcia dba El Grullo Mexican Restaurant | Served on November 17, 2010 |
| Defendant, Shiew T. Yang | Served on November 5, 2010 |
| Defendant, Li Y. Yang | Served on November 5, 2010 |

and

   WHEREAS, the Plaintiff and Defendants held a joint inspection of El Grullo Mexican Restaurant located at 41 South Jackson Avenue, San Jose, California on November 23, 2010; and

---
STIPULATION AND ORDER                                    -1-

WHEREAS, settlement negotiations are pending in this matter; and

WHEREAS, in light of the pending settlement negotiations, the parties have agreed to extend the time within which Defendants have to respond to Plaintiff's Complaint;

NOW, WHEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have until February 4, 2011 to file an answer or other responsive pleading to Plaintiff's Complaint on file herein.

Dated: February 2, 2011

LAW OFFICES OF JESSE W. JACK

By: Jesse W. Jack, Esq., Attorney for Defendants,
ELENA GALINDO ALVARES, IRMA GARCIA dba EL GRULLO MEXICAN RESTAURANT;
SHIEW T. YANG and LI Y. YANG

MOORE LAW FIRM, P.C.

Dated: January 31, 2011

By: Tanya Moore, Esq.
Attorney for Plaintiff, **ANTHONY LERMA**

**ORDER**

Upon reading the Stipulation of the above parties, it is hereby ordered, adjudged and decreed as follows:

1. Defendants shall have until February 4, 2011 within which to file an answer or other responsive pleading to Plaintiff's Complaint on file herein.

Dated: February 2, XXXXXXXXXXXX 2011

By: Paul S. Grewal
Title: Magistrate Judge of the U.S. District Court

STIPULATION AND ORDER                                 -2-